

**Northland Group Inc.**

866-595-2447
For Hours of Operations, please visit us at
www.payments2northland.com

December 7, 2015

Wilde Pineiro
2019 85th St
Apt 3
Brooklyn, NY 11214

PO Box 390905
Minneapolis, MN 55439
Mail Code CN954

**ACCOUNT INFORMATION**

Creditor: **CITIBANK, N.A.**
Regarding: **CITI MASTERCARD**
Original Account #: ************4477
Current Balance Due: **$6,268.31**

**NORTHLAND REFERENCE NUMBER**

F61938484

Settle your account in 2 or 4 payments!

In order to assist you in clearing this debt, we are offering options.

**Option I:** CITIBANK, N.A. will allow you to settle your account for $2,820.76 in 4 payments starting on 12/28/15. If you need additional time to respond to this offer, please contact us. We are not obligated to renew this offer. The payments can be no more than 30 days apart. Upon receipt and clearance of all four payments of $705.19, a letter will be sent confirming the above referenced account has been resolved.

**Option II:** CITIBANK, N.A. will allow you to settle your account for $2,507.34 in 2 payments starting on 12/28/15. If you need additional time to respond to this offer, please contact us. We are not obligated to renew this offer. The payments can be no more than 30 days apart. Upon receipt and clearance of both payments of $1,253.67, a letter will be sent confirming the above referenced account has been resolved.

Please contact the representative below at 866-595-2447 if you have any questions. These are not your only options. Make check payable to Citi.

Sincerely,

Kyle Lundeen

CITIBANK, N.A. will report forgiveness of debt as required by IRS regulations.


**Pay Online:** www.payments2northland.com


**Pay by Phone:** Please call Northland Group, Inc. at 866-595-2447.
We offer check by phone, Western Union, and debit card.


**Pay by Mail:** Send payments to PO Box 390905, Minneapolis, MN 55439.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. This communication is sent to you by Northland Group, Inc., a debt collector and a member of ACA International. This collection agency's New York City Department of Consumer Affairs License number is 1283580.

Scanned by CamScanner